# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139006

MARILYN J. KIEFER and GEORGE
KIEFER,
      Plaintiffs-Appellants,

v

JOHN M. MARKLEY, M.D., and CENTER
FOR PLASTIC AND RECONSTRUCTIVE
SURGERY, P.C.,
      Defendants-Appellees.

SC: 139006
COA: 280769
Washtenaw CC: 05-001137-NH

_____/

On order of the Court, the application for leave to appeal the April 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would reverse the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and remand this case to the Washtenaw Circuit Court for reinstatement of the complaint.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk

d1112